# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:10cv266

| | |
|---|---|
| **D-BACK ACQUISITION CO.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **O R D E R** |
| | ) |
| **DEFENSHIELD INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**THIS MATTER** is before the Court on Defendant's motions for admission of attorneys George R. McGuire and Clifford G. Tsan as counsel *pro hac vice*. [Docs. 10, 11].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motions [Docs. 10, 11] are **ALLOWED**, and George R. McGuire and Clifford G. Tsan are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fees having been received by the Clerk of this Court.

Signed: January 17, 2011

Martin Reidinger
United States District Judge