# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:10-CV-00266

| | |
|---|---|
| D-BACK ACQUISITION CO., )<br>               **Plaintiff,**   )<br>)<br>vs.                  )<br>)<br>DEFENSHIELD INC.,       )<br>               **Defendant.**   ) | **ORDER** |

**THIS MATTER** is before the Court upon Plaintiff's Motion to Stay Ruling on Defendant's Motion to Dismiss or, Alternatively, Motion to Change Venue [Doc. 12], with Defendant's consent.

For good cause shown,

**IT IS THEREFORE ORDERED** that Plaintiff's Motion [Doc. 12] is **ALLOWED.** Ruling on Defendant's Motion to Dismiss, or Alternatively, Motion to Change Venue [Doc. 7] shall be **STAYED** pending a decision by the United States District Court for the Northern District of New York in Case No. 5:10-CV-01140 on the pending Motion to Dismiss and Transfer, and Plaintiff's response to Defendant's motion in this case shall be due within fourteen days of any ruling by the Northern District of New York on the pending motion.

**IT IS SO ORDERED.**

Signed: January 24, 2011

Martin Reidinger
United States District Judge