IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv266

| | |
|---|---|
| D-BACK ACQUISITION CO., | ) |
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| DEFENSHIELD, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court *sua sponte*.

In light of the fact that this case is stayed pending a decision by the United States District Court for the Northern District of New York in Case No. 5:10-CV-01140 on the pending Motion to Dismiss and Transfer, the Court finds that this case should be administratively closed pending further Order of the Court.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Clerk of Court shall administratively close this case pending further Order of the Court.

**IT IS SO ORDERED.**

Signed: August 15, 2011

Martin Reidinger
United States District Judge